IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | |
|                       Plaintiff,       ) | |
|                   v.                                 ) | Criminal Action No. 06-46 |
| BRADLEY TORRENCE,                    ) | |
|                     Defendant.     ) | |

**PETITION FOR WRIT OF**
**HABEAS CORPUS AD PROSEQUENDUM**

Your Petitioner, the United States of America, by its attorneys, Colm Connolly, United States Attorney for the District of Delaware, and Douglas E. McCann, Assistant United States Attorney for the District of Delaware, respectfully states:

1.   On May 2, 2006, defendant, Bradley Torrence was indicted for Conspiracy to Distribute More Than 50 grams of Crack Cocaine 21 U.S.C. § § 841 (a)(1) and (b)(1)(A).

2.   Bradley Torrence is currently a pre-trial detainee on various State offenses. The defendant is detained at the SCI - Greensburg, PA.

3.   The Court has scheduled an Initial Appearance on Monday, June 5th, 2006 at 1:00 PM

**WHEREFORE,** Petitioner prays that the Clerk of this Court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the United States Marshal, District of Delaware, and to

the Warden at the SCI - Greensburg, PA to bring the said defendant Bradley Torrence before this Court for an Initial Appearance and to be returned to the Warden for SCI - Greensburg, PA after the initial appearance.

                                        COLM F. CONNOLLY
                                        United States Attorney

                              By:      /s/
                                        Douglas E. McCann
                                        Assistant United States Attorney

Dated:   May 16, 2006

        **IT IS SO ORDERED** this _____ day of _____, 2006.

                                        HONORABLE KENT A. JORDAN
                                        United States District Court Judge