IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>BRADLEY TORRENCE,<br>Defendant. | § § § § § § § § § | CRIMINAL ACTION: **CR 06-46-KAJ** |

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   DAVID THOMAS, UNITED STATES MARSHAL FOR THE DISTRICT OF DELAWARE, WARDEN OF SCI - GREENSBURG, PA.

GREETINGS:

We command you that you do forthwith deliver and turn over to the United States Marshal for the District of Delaware, the body of the said **BRADLEY TORRENCE** who is now detained and imprisoned in the **SCI - GREENSBURG, PA.,** and who is a defendant in the above-entitled cause, in which cause the said **BRADLEY TORRENCE** was charged with a violation of

21 U.S.C. Sec. 841(a)(1) and (b)(1)(A) - Conspiracy to Distribute More Than 50 grams of Crack Cocaine

for an **INITIAL APPEARANCE** on **June 5, 2006 at 1:00 p.m.,** and for any other proceedings subsequent thereto including but not limited to bail and trial arising out of the said action, and to be returned, at the expense of the United States Government, to **SCI - GREENSBURG, PA.** only after a final disposition of the charges has occurred in the District of Delaware, as the case may be.

And have you then and there this writ.

To the Marshal of the District of Delaware to execute.

WITNESS the Honorable Kent A. Jordan, District Judge of the District Court of the United States for the District of Delaware, this 16th day of May 2006.

Peter T. Dalleo, CLERK

By: *[signature]*

Deputy Clerk