IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-46 KAJ |
| | ) | |
| BRADLEY TORRENCE, | ) | |
| | ) | |
| Defendant. | ) | |

**PETITION FOR WRIT OF**
**HABEAS CORPUS AD PROSEQUENDUM**

RECEIVED MAY 18 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

Your Petitioner, the United States of America, by its attorneys, Colm Connolly, United States Attorney for the District of Delaware, and Douglas E. McCann, Assistant United States Attorney for the District of Delaware, respectfully states:

1. On May 2, 2006, defendant, Shawn Williams was indicted for, among other things, conspiracy to distribute, and to possess with intent to distribute more than five kilograms of cocaine in violation of 21 U.S.C. §§ 841 (a)(1) and (b)(1)(A) and 846.

2. Bradley Torrence is currently a pre-trial detainee on various State offenses. The defendant is detained at the SCI - Greensburg, PA.

3. The Court has scheduled an Initial Appearance on Monday, June 8th, 2006 at 1:00 PM

**WHEREFORE,** Petitioner prays that the Clerk of this Court be instructed to issue a Writ

of Habeas Corpus Ad Prosequendum to the United States Marshal, District of Delaware, and to the Warden at the SCI - Greensburg, PA to bring the said defendant Bradley Torrence before this Court for an Initial Appearance and to be returned to the Warden for SCI - Greensburg, PA after the initial appearance.

COLM F. CONNOLLY
United States Attorney

By: _____
Douglas E. McCann
Assistant United States Attorney

Dated: May 18, 2006

**IT IS SO ORDERED** this 18th day of May, 2006.

_____
HONORABLE MARY PAT THYNGE
United States Magistrate Judge