IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Crim. Act. No. 06-46-KAJ |
| BRADLEY TORRENCE, | ) | |
| Defendant. | ) | |

## MOTION FOR DETENTION HEARING

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. §3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves (**check all that apply**):

    _____ Crime of violence (18 U.S.C. § 3156)

    __X__ Maximum sentence life imprisonment or death

    __X__ 10+ year drug offense

    _____ Felony, with two prior convictions in above categories

    __X__ Serious risk defendant will flee

    _____ Serious risk obstruction of justice

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

    __X__ Defendant's appearance as required

    __X__ Safety of any other person and the community

3.   **Rebuttable Presumption**.   The United States (will, will

not) invoke the rebuttable presumption against defendant

under §3142(e).  (If yes) The presumption applies because

(**check one or both**):

   X          Probable cause to believe defendant committed

              10+ year drug offense or firearms offense, 18

              U.S.C. §924(c)

   _____     Previous conviction for "eligible" offense

              committed while on pretrial bond


4.   **Time For Detention Hearing**.   The United States requests

the court conduct the detention hearing,

   _____     At first appearance

   X          After continuance of   3     days (not more

              than 3).

DATED this    6th      day of June  , 2006.



                         COLM F. CONNOLLY
                         United States Attorney



                    BY: /s/
                         Richard G. Andrews
                        First Assistant U. S. Attorney