LAW OFFICES



# McMONAGLE
# PERRI
# & McHUGH
# MISCHAK

A Professional Corporation

Brian J. McMonagle*
Fortunato N. Perri, Jr.
Walter J. McHugh*
David B. Mischak
S. Philip Steinberg

*Also member of NJ bar

One Penn Square West, Suite 701
30 S. 15th Street
Philadelphia, PA 19102
Office (215) 981-0999
Fax (215) 981-0977

**June 5, 2006**

**Peter T. Dalleo**
**Clerk Of Delaware District Court**
**United States District Court**
**844 King Street, Lockbox 18**
**Wilmington, DE. 19801**

RE:    United States Of America v. BRADLEY TORRENCE
       Criminal No. 06-46  KAJ

Dear Mr. Dalleo:

Enclosed please find an original and four copies of my Entry of Appearance, and the
required Disk in the above captioned matter.

Please be so kind as to send me a time-stamped copy for my files.  I have enclosed a self-
addressed stamped envelope for your convenience.

Thank you for your courtesy and consideration.

Very truly yours,

FORTUNATO N. PERRI, JR.

FNP/mf
Enclosure

