Case 1:06-cr-00046-JJF  Document 18  Filed 06/06/2006  Page 1 of 1

IN THE UNITED STATES DISTRICT COURT FOR THE
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| vs. | : | |
| BRADLEY TORRENCE | : | NO. 06-46 KAJ |

### ENTRY OF APPEARANCE

**TO THE CLERK OF THE DISTRICT COURT:**

KINDLY enter my appearance on behalf of the Defendant, BRADLEY TORRENCE, in the above-captioned matter.

_____
FORTUNATO N. PERRI, JR., ESQUIRE
Attorney for Defendant
Bradley Torrence

Dated: 6/5/06



FILED
JUN 6 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE