AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____DELAWARE_____

UNITED STATES OF AMERICA

V.

BRADLEY TORRENCE,
a/k/a Tuffy

**WARRANT FOR ARREST**

Case Number: CR 06-46-1-UNA  KAJ

2006 JUN 12 AM 11:01
[stamp: CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE]

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____BRADLEY TORRENCE_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her with (brief description of offense)

CONSPIRACY TO DISTRIBUTE MORE THAN 5 KILOGRAMS COCAINE - ( COUNT I );
POSSESSION WITH THE INTENT TO DISTRIBUTE MORE THAN 5 KILOGRAMS OF COCAINE - ( COUNT II );
POSSESSION WITH INTENT TO DISTRIBUTE MORE THAN 500 GRAMS OF COCAINE - ( COUNT III );
MONEY LAUNDERING - ( COUNT IV )
NOTICE OF FORFEITURE

in violation of Title ___21___ United States Code, Section(s) ___846___

PETER T. DALLEO                              BY: [signature] ; DEPUTY CLERK
Name of Issuing Officer                       Signature of Issuing Officer

CLERK OF COURT                               MAY 3, 2006 AT WILMINGTON, DE
Title of Issuing Officer                      Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 6/7/06 | Scott Duffey SA/FBI | [signature] |

AO 442   (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____
_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____
_____
_____