IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 06-46-KAJ |
| ) | |
| BRADLEY TORRENCE, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO AMEND WRIT OF HABEAS CORPUS

Now comes the United States of America and hereby moves to amend the Writ of Habeas Corpus previously issued, to provide that the Defendant will stay in the custody of the United States Marshal until the case against the Defendant in Delaware is concluded, and, in support thereof, states as follows:

1. On May 18, 2006, the United States sought a writ of habeas corpus ad prosequendum and requested that the Defendant be returned to the custody of the Warden for SCI - Greensburg, Pennsylvania after his initial appearance.

2. The Court granted the writ as so requested. (D.I. 13).

3. The Defendant, so far as the Government knows, does not have any pending court cases in Pennsylvania.

WHEREFORE, the United States respectfully requests that the Writ (D.I. 13) be amended to provide that the Defendant remain in the custody of the United States Marshal until the conclusion of the pending proceedings in the above-captioned case.

>                               COLM F. CONNOLLY
>                               United States Attorney
>
>                               By: /s/ Richard G. Andrews
>                               Richard G. Andrews
>                               First Assistant United States Attorney

Dated: 6/20/06

**IT IS SO ORDERED** this _____ day of June, 2006.

>                               _____
>                               Honorable Mary Pat Thynge
>                               United States Magistrate Court