IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 06-46-KAJ |
| ) | |
| BRADLEY TORRENCE, a/k/a Tuffy, and ) | |
| SHAWN WILLIAMS, a/k/a Malik ) | |
| Muhammad, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

At Wilmington this **30th** day of **October, 2006,**

IT IS HEREBY ORDERED that the status teleconference presently for **October 30, 2006 at 4:30 p.m.** with the undersigned is hereby rescheduled to **November 1, 2006 at 4:30 p.m. Plaintiffs' counsel shall initiate the teleconference call.**

The time between October 30, 2006 and the date of the status teleconference shall be excludable under the Speedy Trial Act (18 U.S.C. § 3161, *et seq.*).

_____
UNITED STATES DISTRICT JUDGE