

LAW OFFICES
## McMONAGLE PERRI & McHUGH & MISCHAK
*A Professional Corporation*

Brian J. McMonagle*
Fortunato N. Perri, Jr.
Walter J. McHugh*
David B. Mischak*
S. Philip Steinberg

Also member of NJ bar

One Penn Square West, Suite 701
30 S. 15th Street
Philadelphia, PA 19102
Office (215) 981-0999
Fax (215) 981-0977

November 1, 2006

Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, Delaware 19801
VIA FAX - 302-573-6043

   Re: USA v. Bradley Torrence
     Criminal Action No. 06-46-01 KAJ
     Status Conf. Call 11/1/06 – 4:30 P.M.

Dear Judge Jordan:

  Please be advised that I represent the above individual who has a conference call scheduled for the above date and time. Unfortunately, I may be unavailable as I am attached for trial in the matter of USA v. William Hernandez in Camden Federal Court.

  As such, with Your Honor's permission, Brian J. McMonagle, Esq will be available to participate on my behalf.

  Thank you in advance for your kind consideration in this matter.

       Respectfully,

       FORTUNATO N. PERRI, JR.

FNP/mf
cc: Clerk, District of Delaware
  Douglas E. McCann, Esq. AUSA
  Richard G. Andrews, Esq. AUSA
  VIA FAX – 302-573-6220