IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-46-1 JJF |
| BRADLEY TORRENCE, | : | |
| Defendant. | : | |

**O R D E R**

WHEREAS, the above Defendant having entered a plea of guilty to Counts One, Two, Three and Four of the Indictment pending against him in this Court,

IT IS HEREBY ORDERED that Defendant's Sentencing will be held on **Thursday, September 6, 2007, at 9:30 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

April 20, 2007
DATE

_____
UNITED STATES DISTRICT JUDGE