IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-46-JJF |
| | ) | |
| BRADLEY TORRENCE a/k/a Tuffy, and SHAWN WILLIAMS, a/k/a Malik Muhammad, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF WITHDRAWAL OF COUNSEL

Please withdraw the appearance of First Assistant United States Attorney Richard G. Andrews as one of the attorneys of record on behalf of the United States of America.

        COLM F. CONNOLLY
        United States Attorney

By: _/s/ Douglas E. McCann_
     Douglas E. McCann
     Assistant United States Attorney

Dated: April 24, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-46-JJF |
| | ) | |
| BRADLEY TORRENCE a/k/a Tuffy, and SHAWN WILLIAMS, a/k/a Malik Muhammad, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I, Marie Steel, employee with the United States Attorney's Office, hereby certify that on April 24, 2007, I electronically filed the foregoing:

## NOTICE OF SUBSTITUTION OF COUNSEL

with the Clerk of the Court using the CM/ECF which will send notification of such filing via U.S. mail to counsel of record as follows:

Brian McMonagle, Esquire
30 South 15th Street
Suite 701
Philadelphia, PA 19102-4807

_____
Marie Steel
Legal Assistant